IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| OXBOW LAND HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ARCO/MURRAY NATIONAL CONSTRUCTION COMPANY, INC., a Delaware corporation,<br><br>Defendant.<br><br><br>ARCO/MURRAY NATIONAL CONSTRUCTION COMPANY, INC., a Delaware corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>OXBOW LAND HOLDINGS, LLC, a Delaware limited liability company,<br><br>Counterdefendant. | CV-24-93-BU-JTJ<br><br><br>ORDER |

On July 2, 2026, Plaintiff/Counterdefendant, Oxbow Land Holdings, LLC (Oxbow) filed a "Motion To Lift Stay and for Confirmation of Arbitrator's Award." (Doc. 21). The motion requested the Court lift the stay imposed by the Court on December 4, 2024 (Doc.

20); confirm Oxbow's arbitration award of $2,227,831.06 in damages from ARCO; and order the clerk to enter judgment in Oxbow's favor. (Id. p. 2).

On July 16, 2026, Defendant/Counterclaimant, ARCO/Murray National Construction Company, Inc., (ARCO) filed a response noting its limited opposition to Oxbow's motion. (Doc 23).  ARCO's response did not contest the merits of Oxbow's motion, but noted the motion was premature because the arbitration Final Decision dated June 30, 2026, provided that payment by ARCO to Oxbow in the amount of $2,227,831.06 was due within 30 days. (Id., p. 2).  Therefore, ARCO indicated that the Court cannot enter judgment until July 30, 2026, at which time ARCO will have paid the amount due. (Id.).

Based upon the foregoing,  IT IS ORDERED:

1.  Oxbow's Motion To Lift Stay and for Confirmation of Arbitrator's Award (Doc. 21) is GRANTED.

2. The Clerk of Court is directed to enter Judgment in favor of Oxbow in the amount of $2,227,831.06 plus applicable post judgment interest and to close the case.

DATED this 13th day of August 2026.

John Johnston
United States Magistrate Judge