UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

OxBow Land Holdings, LLC,

　　　　　　　Plaintiff,

　　vs.

ARCO/Murray National Construction
　　Company, Inc.,

　　　　　　　Defendant.

Case No. CV-24-93-BU-JTJ

JUDGMENT IN A CIVIL CASE

☐　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　　　IT IS ORDERED AND ADJUDGED 1. Oxbow's Motion To Lift Stay and for Confirmation of Arbitrator's Award (Doc. 21) is GRANTED.   2. The Clerk of Court is directed to enter Judgment in favor of Oxbow in the amount of $2,227,831.06 plus applicable post judgment interest and to close the case.

　　　　Dated this 13th day of August, 2026

　　　　　　　　　　TYLER P. GILMAN, CLERK


　　　　　　　　　By:　/s/ K. Hanning
　　　　　　　　　　　　Deputy Clerk